UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MMA CAPITAL CORPORATION

    Plaintiff,

v.                                                             CASE NO: 8:09-cv-2392-T-23TBM

ROBERT A. CROWDER, et al.,

    Defendants.
_____/

## **O R D E R**

A March 25, 2010, order (Doc. 17) grants the plaintiff until May 28, 2010, to effect service on the defendant Robert A. Crowder. Although presenting no proof of service on the defendant Crowder (and although the Clerk has not defaulted Crowder), the plaintiff moves for a default judgment against the other defendants, each of whom is in default. The plaintiff's motion (Doc. 18) is **DENIED** as premature and **DENIED** for failure to comply with Local Rule 3.01(a), which requires a motion to include a memorandum of legal authority in support of the request.[*]

ORDERED in Tampa, Florida, on April 21, 2010.

                                                             STEVEN D. MERRYDAY
                                                             UNITED STATES DISTRICT JUDGE

---

[*] Additionally, to the extent the plaintiff requests the award of an attorney's fee, the affidavit attached to the motion utterly fails to meet the plaintiff's burden to establish the reasonableness of the requested fee. See Duckworth v. Whisenant, 97 F.3d 1393, 1396 (11th Cir. 1996) ("The party who applies for attorney's fees is responsible for submitting satisfactory evidence to establish both that the requested rate is in accord with the prevailing market rate and that the hours are reasonable.").