UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MMA CAPITAL CORPORATION, a
Michigan Corporation,

      Plaintiff,

v.                                  CASE NO.: 8:09-cv-2392-T-23TBM

ROBERT A. CROWDER, et al.,

      Defendants.

_____/


## <u>ORDER</u>

The plaintiff moves (Doc. 28) for summary judgment against Robert Crowder.  A
previous order (Docs. 13, 14, 15) defaults each of the other three defendants.  Crowder
opposes summary judgment (Doc. 32) on the basis "that the unforseen massive real
estate crash and resulting banking crisis resulted in the inability to satisfy this Loan" and
"that the doctrine of commercial frustration and impossibility of performance prevented
the Loan's repayment."  Crowder suggests that summary judgment is premature but fails
to identify (1) a genuine issue of material fact, (2) a valid legal defense, or (3) a reason
for discovery.  The motion (Doc. 28) is **GRANTED**.  The plaintiff's motion for leave to file
a reply (Doc. 33) is **DENIED AS MOOT**.  The clerk is directed to (1) enter judgment
against each defendant, jointly and severally, for $1,167,096.46, plus interest from

September 27, 2010, at the rate of 9.25% or $240.72 per diem, (2) terminate any

pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on October 29, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE